1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN OMAR LARRY WILSON,              No.  2:23-cv-1223 CKD P

12                    Petitioner,

13        v.                                ORDER

14   BRYAN D. PHILLIPS,

15                    Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  However, petitioner has not filed a request to proceed in

19   forma pauperis or paid the $5.00 filing fee.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Accordingly,

20   IT IS HEREBY ORDERED that:

21        1.  The Clerk of the Court is directed to send petitioner an "Application to Proceed In

22   Forma Pauperis By a Prisoner."

23        2.  Within thirty days, petitioner shall complete and return that form to the court or submit

24   the $5.00 filing fee.  Petitioner's failure to comply with this order will result in dismissal.

25   Dated:  July 5, 2023

26                                    _____
                                     CAROLYN K. DELANEY
27                                   UNITED STATES MAGISTRATE JUDGE

28   1
     wils1223.ifp